DAVID GRAHAM, Respondent, *v.* THE FLUSHING AND NORTH SIDE RAILROAD COMPANY, Appellant.

(Argued September 21, 1876; decided October 3, 1876.)

*Edward E. Sprague* for the appellant.

*Samuel Hand* for the respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.